UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-62088-CIV-ZLOCH

AUTONATION, INC.,

    Plaintiff,

vs.                              **O R D E R**

ROBERT McMANN,

    Defendant.
_____/

    THIS MATTER is before the Court upon Plaintiff's Amended Complaint For Injunctive Relief And Damages (DE 5). The Court has carefully reviewed said Amended Complaint, the entire court file and is otherwise fully advised in the premises.

    By Prior Order (DE 4), the Court dismissed the above-styled cause without prejudice for lack of subject matter jurisdiction. Following the Court's dismissal, Plaintiff filed the instant Amended Complaint (DE 5), in an attempt to cure the defects in his original Complaint (DE 1). In accordance with the instruction of the Eleventh Circuit in a similar situation in another case before this Court, <u>Pierson v. Rogow</u>, 14-60270-CIV-ZLOCH, the Amended Complaint is to be treated as the commencement of a new lawsuit.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that the Clerk of this Court be and the same is hereby **DIRECTED** to open a new civil case commencing with Plaintiff's Amended Complaint For Injunctive Relief And Damages (DE 5).

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of November, 2017.

                                        WILLIAM J. ZLOCH
                                        Sr. United States District Judge

Copies furnished:

All Counsel of Record